# UNITED STATES DISTRICT COURT

for the

Southern District of California

FILED

APR 2 3 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.        '15 MJ 1267 |
| Robert Johnson (DNA sample) | ) ) ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Robert Johnson, a.k.a. "Scooby" and "Daddy," currently in the custody of the US Marshal. Johnson is an African-American male born on January 25, 1989 and is approximately 6'4". The last 4 digits of his SS# are 4231.

located in the _____ Southern _____ District of _____ California _____ , there is now concealed *(identify the person or describe the property to be seized)*:

buccal cells and/or saliva containing DNA

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1591 | Child Sex Trafficking |
| 18 U.S.C. 924(c) | Possession of a Firearm in Furtherance of a Violent Crime |

The application is based on these facts:
See attached Affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Chris Haughey, Special Deputy US Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/2**3**/2015

*Judge's signature*

City and state:  San Diego, California

Hon. KAREN S. CRAWFORD, U.S. Magistrate Judge
*Printed name and title*

1    **AFFIDAVIT IN SUPPORT OF SEARCH WARRANT APPLICATION**

2    I, Christopher Haughey, being duly sworn, declare under penalty of perjury that

3    the following is true:

4    1.    This affidavit supports a search warrant application to authorize buccal

5    swabs[1] to collect DNA from ROBERT and ASHLEY JOHNSON.[2]

6    2.    Based on my training and experience, my conversations with other law

7    enforcement agents, and my knowledge of the facts of this investigation, I have

8    probable cause to believe that ROBERT AND ASHLEY JOHNSON have committed

9    the following federal crimes: (1) trafficking a child for commercial sex, in violation of

10   18 U.S.C. § 1591; and (2) possessing a firearm in furtherance of a violent crime, in

11   violation of 18 U.S.C. § 924(c).   I also have probable cause to believe that buccal

12   swabs to collect DNA from ROBERT and ASHLEY JOHNSON will provide evidence

13   of these crimes.

14   3.    All the conclusions and beliefs set forth in this affidavit are based on my

15   training and experience, conversations with other agents, and my knowledge of all the

16   facts of this investigation.   All the dates, times, and amounts listed in this affidavit are

17   exact figures or best approximations.   All quoted conversations are based on agent

18   summaries. This affidavit sets forth only the facts necessary to support the issuance of

19   the requested search warrants; it does not include each and every fact known to me

20   concerning this investigation.

21   //

22   ───────────────────

23   [1]    A buccal swab is a swab of the inside of the mouth in the cheek area to collect loose cells and saliva for analysis.   The collection device, or swab, looks like a large Q-tip.

24   [2]    Robert Johnson, a.k.a. "Scooby" and "Daddy," is currently in the custody of the US
25   Marshal and charged with child sex trafficking, in violation of 18 U.S.C. § 1591, in case #15MJ1134-MDD. He is an African-American male born on January 25, 1989 and is approximately
26   6'4" in height. The last four digits of his Social Security # are -4231. Ashley Johnson, a.k.a. "Ashley Showells," is also currently in the Marshal's custody. She is charged with the same offense and in the
27   same case as Robert Johnson, her husband. She is an African-American female born on October 17, 1989 and is approximately 5'8" in height. The last four digits of her Social Security # are -8875.

28

# I

## TRAINING AND EXPERIENCE

4.    I am a peace officer employed by the San Diego Police Department (SDPD) and have been so employed for approximately 8 years.  I was an acting Detective from October 2010 until March 2013, when I was formally promoted to Detective. During my tenure as a Police Officer and Detective I have worked in areas of the city that are challenged with prostitution and commercial sexual exploitation. I have worked in an undercover and investigative capacity in vice, narcotics and auto theft for over three years. I am currently assigned as Task Force Officer to the Violent Human Trafficking and Child Exploitation Task Force (D.O.J) and the Innocence Lost Task Force (F.B.I). I have been assigned to investigate Human Trafficking related crimes since November 2013 and I am dually sworn as a US Special Deputy Marshal. During my investigative experiences I have been involved in or assisted in over 50 pimping and human trafficking related investigations and have operated in an undercover capacity interacting with pimps, prostitutes, and customers of prostitution.   The interviews with and arrests I have made of prostitutes, victims, pimps and customers have educated me to their tactics, jargon, and methods of operating here locally, as well as the challenges facing victims of commercial sexual exploitation. I have attended in excess of 100 hours of training on various investigative topics including prostitution, Human Trafficking, and pimping. Additionally, prior to being a Peace Officer, I spent approximately ten years working with victims of sexual exploitation as an employee of a nongovernmental organization (NGO).

# II

## STATEMENT OF PROBABLE CAUSE

5.    At approximately 7:30 a.m. on April 11, 2015, a 15-year-old minor female, hereinafter referred to as "MF1" was detained by a National City Police Officer at approximately 500 National City Boulevard, in the Southern District of California.

1   Based on the officer's training and experience, he believed that MF1, youthful in
2   appearance and loitering in an area known for prostitution, was involved in prostitution.

3        6.    MF1 subsequently stated she was instructed by her "pimp" to lie to the
4   police about her age and name if she was contacted. MF1 stated she was working for a
5   pimp named ROBERT JOHNSON and he was a gang member from Los Angeles. MF1
6   said she paid ROBERT JOHNSON and his wife, ASHLEY JOHNSON, the proceeds
7   from her sex acts. She worked as a prostitute for them in Los Angeles and in San Diego.
8   They checked in to a hotel in National City at approximately 12:05 a.m. on April 11,
9   2015. MF1 said both ASHLEY and ROBERT JOHNSON knew how old she was and
10  that she had engaged in acts of commercial sex in San Diego at the Johnsons' direction.

11       7.    MF1 said that there was another female minor prostitute in room #129 at
12  the Super 8 motel at 425 Roosevelt Avenue in National City. She was later identified as
13  MF2. She also said that her pimp, ROBERT JOHNSON, and his wife, ASHLEY
14  JOHNSON, were at the location. She told me the JOHNSONs carried one real gun and
15  one pellet gun for protection.

16       8.    MF1 was introduced to ROBERT and ASHLEY JOHNSON in February
17  2015 in Los Angeles, by MF2. In Los Angeles, ASHLEY JOHNSON created and
18  maintained online advertisements featuring MF1 on Backpage. Both ASHLEY and
19  ROBERT JOHNSON would collect money from her when she worked as a prostitute
20  out of a hotel room or on the street. ROBERT JOHNSON told her to call him "Daddy"
21  and explained how the rules of the "game" worked. He told her how much to charge
22  "dates" for the different sex acts. ASHLEY JOHNSON told MF1 how to act during
23  "dates" and told MF1 to go through her before addressing ROBERT JOHNSON.

24       9.    While I was taking MF1's statement, National City Police Officers went to
25  the motel room MF1 identified. It was registered to ROBERT JOHNSON. At
26  approximately 9:30 a.m. on April 11, 2015 officers contacted ROBERT JOHNSON,
27  ASHLEY JOHNSON, and MF2 as they exited the motel room.

28

1        10.  ROBERT and ASHLEY JOHNSON were attempting to enter a vehicle
2   when they were approached by officers. ROBERT JOHNSON gave Detective S.
3   Adams consent to search the vehicle and the motel room he had just exited.

4        11.  Detective Adams located an unloaded .38 caliber revolver in the trunk of
5   the car and a replica firearm in the glove box. A purse in the trunk of the vehicle
6   contained three cell phones and approximately $460 in cash. The hotel room contained
7   numerous condoms.

8        12.  During a subsequent interview, ROBERT JOHNSON was advised of his
9   Miranda rights, which he waived. He admitted to traveling to National City with MF1
10  and MF2.

11       13.  During MF1's interview, she gave me consent to view the contents of her
12  cell phone, which she had when she was detained.   Included in the phone's frequent
13  contacts were numbers for "Daddy," "Ashley," and "Smiley." MF1 told me "Daddy"
14  was ROBERT JOHNSON, "Ashley" was ASHLEY JOHNSON and "Smiley" was
15  MF2.

16       14.  The number listed for "Daddy" matched the phone number ROBERT
17  JOHNSON told another officer was his. The number listed for "Ashley" matched the
18  number given by ASHLEY JOHNSON as her own. The number listed for "Smiley"
19  matched the number given by MF2 as her own.

20       15.  One text message conversation on MF1's phone with "Daddy" began on
21  04-10-2015 after midnight. Based on my training and experience I know the term
22  "Daddy" is commonly used by a prostitute to refer to her pimp. The conversation
23  discussed a previous police contact and discussed MF1 not being on "Sepulveda"
24  anymore. Based on my training and experience, I know Sepulveda Ave is an area
25  known for street prostitution.

26
27
28

16. In a second conversation from 04-11-2015, "Daddy" asks MF1 if she is on a double date and asks her when she is going to be done. MF1 tells him she is waiting in the hotel room and needs another condom.

17. In a conversation with "Ashley" on 04-11-2015, "Ashley" asks MF1 if she is done and if she is on a "date." MF1 tells "Ashley" she is.

18. "Ashley" attempted to contact MF1 after she had been detained by National City Police.

19. In a conversation with "Smiley," MF1 and MF2 discuss "Ashley", "Daddy" and the "blade". Based on my training and experience I know the term "blade" refers to a specific area where street prostitution occurs.

20. I conducted an online search using the JOHNSONs and MF2's phone numbers. I located a Backpage escort advertisement with ROBERT JOHNSON's phone number as the contact number for the advertisement.

21. Based upon my experience and investigation in this case and in other cases, I believe that ASHLEY and ROBERT JOHNSON were trafficking MF1 and MF2 for commercial sex. I also believe ASHLEY and ROBERT JOHNSON possessed the firearm found in the trunk of their vehicle in furtherance of that crime – specifically, that they possessed the firearm to protect MF1, MF2, and their commercial sex trafficking operation from customers and competing prostitutes and sex traffickers.

22. Based upon my experience and training, consultation with other law enforcement officers experienced in human trafficking investigations, and all the facts and opinions set forth in this affidavit, I believe that information relevant to the trafficking activities of ASHLEY and ROBERT JOHNSON and their possession of the firearm found in their vehicle, specifically their DNA, will be found in the buccal swabs I seek a warrant to obtain.

//

//

1

## V

2

### <u>CONCLUSION</u>

3      23.    I respectfully request that the Court issue the requested search warrant,

4  authorizing buccal swabs to collect DNA from ROBERT and ASHLEY JOHNSON.   I

5  am <u>not</u> requesting that this search warrant be filed under seal, since the United States

6  has already made the defense aware that it is seeking this search warrant.

7

8  _____

CHRISTOPHER HAUGHEY
Special Deputy U.S. Marshal

9

Sworn to and subscribed before me
10  on April 23, 2015.

11

12  Hon. KAREN S. CRAWFORD
United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28